1  MELINDA L. HAAG (CSBN132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  JUAN D. WALKER (CSBN 208008)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-6915
6  Facsimile:  (415) 436-6748
7  Email: juan.walker@usdoj.gov
   Attorneys for the Federal Defendants
8
9  L. JULIUS M. TURMAN (SBN 226126)
   PHILIP J. SMITH (SBN 232462)
10 MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
11 San Francisco, CA  94105-1126
   Telephone: 415.442.1000
12 Facsimile: 415.442.1001
13 Email:  jturman@morganlewis.com
           philip.smith@morganlewis.com
14 Attorneys for Defendant
15 MORPHO DETECTION, INC.

16 JOHN L. FALLAT (SBN 114842)
   LAW OFFICES OF JOHN L. FALLAT
17 999 Fifth Avenue, Suite 590
18 San Rafael, CA 94901-2994
   Telephone: 415.457.3773
19 Facsimile: 415.457.2667
   Email: jfallat@fallat.com
20
21 Attorneys for Plaintiff
   STEPHEN ECHOLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CMC SCHEDULED FOR JANUARY 2, 2013

1

| | |
|---|---|
| STEPHEN ECHOLS<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MORPHO DETECTION, INC., UNITED STATES DEPARTMENT OF HOMELAND SECURITY, TRANSPORTATION SECURITY AGENCY, JANET NAPOLITANO, in her official capacity as Secretary of Homeland Security<br><br>　　　　　Defendants. | CASE NO.: C12-01581 CW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 2, 2013<br><br>Date:　January 2, 2013<br>Time:　2:00 p.m.<br>Dept.:　2<br><br>Judge: Honorable Claudia Wilken |

THE PARTIES, by and through their respective counsel who represent that they have full authority to execute this stipulation on behalf of their respective clients, defendants United Stated Department of Homeland Security, the Transportation Security Agency, and Janet Napolitano having agreed to file a responsive pleading no later than January 22, 2013, whereupon all parties in the case will have appeared, hereby stipulate to the continuance of the above-referenced Case Management Conference to occur after the aforementioned response date of January 22, 2013, and respectfully request that the Court continue same.

DATED:_____　　　　　　　　　　　　/s/ John L. Fallat
　　　　　　　　　　　　　　　　　　　　　　JOHN L. FALLAT
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　STEPHEN ECHOLS


DATED:_____　　　　　　　　　　　　/s/ L. Julius M. Turman
　　　　　　　　　　　　　　　　　　　　　　L. JULIUS M. TURMAN
　　　　　　　　　　　　　　　　　　　　　　PHILLIP J. SMITH
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　MORPHO DETECTION


　　　　　　　　　　　　　　　　　　　　　　MELINDA L. HAAG
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

DATED:_____　　　　　　　　　　　　/s/ Juan D. Walker
　　　　　　　　　　　　　　　　　　　　　　JUAN D. WALKER
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Federal Defendants

1
2
3
4
5
6
7
8
9
10
...
28

**[~~PROPOSED~~] ORDER**

Pursuant to Stipulation and good cause appearing, IT IS HEREBY ORDERED:

The responsive pleading of the Federal Defendants will be filed on or before January 22, 2013. The Case Management Conference scheduled for January 2, 2013 shall be continued to Wednesday, February 6, 2013 at 2:00 p.m. in Courtroom 2.

DATED: 12/27/2012

*[signature]*
HON. CLAUDIA WILKEN
United States District Judge